1  BRUCE BOTHWELL, ESQ. #94790
   brucebothwell@yahoo.com
2  LAW OFFICES OF BRUCE BOTHWELL
   One World Trade Center, Suite 1860
3  Long Beach, California  90831-1860
   Telephone:  (562) 435-0818
4  Facsimile:  (562) 435-0878

5  Attorneys for S.B. DILIP B. and ANITA B.

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| S.B., a minor, by and through his Guardians ad litem, DILIP B. AND ANITA B.; DILIP B. on his own behalf; and ANITA B. on her own behalf,<br><br>　　　　　Plaintiffs,<br><br>vs.<br><br>POMONA UNIFIED SCHOOL DISTRICT<br>　　　　　Defendant. | CASE NO.: CV06-4874-AHM (RCx)<br><br>**JUDGMENT**<br><br>Assigned for All Purposes To:<br>Judge A. Howard Matz<br><br>Date:　April 14, 2008<br>Time:　10:00 a.m.<br>Dept:　14<br>Judge:　A. Howard Matz<br><br>Complaint Filed: 08-09-06<br>Amended Complaint Filed: 10-19-06 |

　　　This action came on for hearing before the Court on April 14, 2008, the Honorable A. Howard Matz, District Judge presiding, on a Court trial reviewing the administrative decision rendered by the Office of Administrative Hearings, and the evidence having being fully considered, briefing submitted and the issues having being duly heard, and a decision having been duly rendered,

1
JUDGMENT

**IT IS ORDERED AND ADJUDGED** that the decision of the Office of Administrative Hearings in this matter dated June 5, 2006, is reversed, the Court having determined that the Defendant committed a procedural violation which resulted in a loss of educational opportunity for Student.  Accordingly, the Defendant shall reimburse Plaintiffs Dilip B. and Anita B. the sum of $1,500.00 for the independent evaluation performed by Dr. Morris.   The Defendant shall also reimburse Plaintiffs Dillip B. and Anita B. the sum of $26,462.20 for direct ABA therapy and the additional sum of $5,712.50 for supervision provided by Autism Behavior Consultants through December 7, 2006, based upon direct therapy not to exceed 15 hours per week and supervision not to exceed 8 hours per month.

Plaintiffs shall recover their costs.

Dated: May 7, 2008

**Make JS-6**

Honorable A. HOWARD MATZ
United States District Court Judge