O

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV06-4874-AHM (RCx) | Date | June 16, 2008 |
|---|---|---|---|
| Title | S.B., et al. v. POMONA UNIFIED SCHOOL DISTRICT | | |

| Present: The Honorable | A. HOWARD MATZ, U.S. DISTRICT JUDGE | |
|---|---|---|
| Stephen Montes | Cindy Nirenberg | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Bruce Bothwell | Louis E. Marino, Jr. |

**Proceedings:** PLAINTIFFS' MOTION FOR ATTORNEY FEES [95]

Cause called; appearances made.

Court circulates a tentative handout and hears oral argument. For reasons and findings stated on the record, the Court grants plaintiffs' motion for attorney fees. Based on the Court's ruling, the parties are to promptly provide the Court with a stipulated final amount.

|  | : | 14 |
|---|---|---|
| | Initials of Preparer | SMO |